**Order entered November 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00387-CV

**RICHARD PANCHASARP, INDIVIDUALLY AND
AS TRUSTEE FOR THE RICHARD J. PANCHASARP TRUST,
AND HAMPTON HOLDINGS, LP, Appellants**

**V.**

**SNIVELY ROYALTY ANALYSIS, LLC, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-01759**

## ORDER

Before the Court is the November 6, 2018 request of appellants Richard Panchasarp and Hampton Holdings, LP (collectively, "appellants") to release the supersedeas bond filed by them respecting this appeal. On August 29, 2018, this Court issued its opinion and judgment reversing the trial court's judgment against appellants, rendering judgment that appellee take nothing against Hampton Holdings, LP, and remanding this case to the trial court for further proceedings. The mandate in this case is scheduled to issue on December 9, 2018.

At the time of this Court's August 29, 2018 judgment and appellants' November 6, 2018 request described above, the appellate record did not contain a copy of appellants' supersedeas bond. At the request of this Court, a November 19, 2018 supplemental clerk's record was filed

containing a copy of appellants' April 11, 2017 supersedeas bond. That bond describes the surety as North American Specialty Insurance Company.

We **ORDER** that the obligations of North American Specialty Insurance Company as surety on appellants' supersedeas bond are **DISCHARGED**.

/s/    DOUGLAS S. LANG
       JUSTICE